

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00348-CR

John Michael **LEVESQUE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2007CR3458
Honorable Andrew W. Carruthers, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  July 17, 2013

DISMISSED FOR WANT OF JURISDICTION

John Levesque pleaded not guilty by reason of insanity to the offense of arson with bodily injury.  On March 28, 2011, the trial court signed a "Judgment of Acquittal By Reason of Insanity—Plea of Not Guilty Before the Court and Automatic Commitment to North Texas State Hospital Vernon-Campus for Evaluation."  Thereafter, Levesque's commitment was extended by court order several times, the last of which appears to be on October 24, 2012.  Thus, the deadline for filing the notice of appeal was November 23, 2012.  *See* TEX. R. APP. P. 26.2(a)(1).  Levesque filed his notice of appeal in the trial court on May 31, 2013.

We subsequently issued an order advising Levesque that his notice of appeal appeared to be untimely and directing him to show cause in writing why this appeal should not be dismissed for want of jurisdiction. Levesque's attorney responded, but failed to provide a basis on which this court may accept jurisdiction of the appeal.

Because the notice of appeal in this case was not timely filed, we lack jurisdiction to entertain the appeal. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991) (explaining that writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure governs out-of-time appeals from felony convictions). Accordingly, we dismiss this appeal for want of jurisdiction.

PER CURIAM

Do not publish